THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. ____

| | |
|---|---|
| DONALD ALBERT GUADAMUZ<br><br>Plaintiff<br><br>v.<br><br>AVIS BUDGET GROUP, INC., PV HOLDING CORPORATION, CHUBB INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>Defendants. | **REMOVED FROM MECKLENBURG COUNTY GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION**<br>**24CV058090-590** |

## NOTICE OF REMOVAL

Defendant Chubb Insurance Company ("Chubb"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b), hereby removes this action from the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina and states as follows:

### I. JURISDICTION

1. On December 12, 2024, Plaintiff Donald Albert Guadamuz filed this lawsuit in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina. *See* Complaint, attached as Exhibit A.

2. Plaintiff filed Affidavits of Service alleging Defendants Avis Budget Group, Inc., PV Holding Corporation, and Sedgwick Claims Management Services, Inc., were served with Plaintiff's Complaint on December 16, 2024. *See* Affidavits of Service, attached as Exhibit B-1, B-2 and B-3.

3. On January 9, 2025, Chubb waived service of Plaintiff's Complaint and availed itself to the Court by filing a Motion to Dismiss, or, in the alternative, Motion to Abate.[1] Defendants Avis Budget Group, Inc., PV Holding Corporation and Sedgwick Claims Management Services, Inc. also joined in the motion. *See* filed Motion, attached as Exhibit C.

4. Here, Chubb made a general appearance on January 9, 2025 and this notice of removal is timely because it is filed within 30 days of the Motion to Dismiss. 28 U.S.C. § 1446(b)(2)(B) (" Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.").

5. Because this removal is made within thirty days of Chubb making a general appearance, this removal is timely.

6. This action is removable to this Court pursuant to 28 U.S.C. §§ 1332, 1441(a).

7. Defendant Avis Budget Group, Inc., is a Delaware Corporation with its principal place of business in New Jersey.

---

[1] A general appearance by a party's attorney will dispense with process and service. *Williams v. Williams*, 46 N.C. App. 787, 266 S.E.2d 25 (1980). "An appearance for any purpose other than to question the jurisdiction of the court is general[.]" *Woods v. Billy's Auto*, 174 N.C. App. 808, 622 S.E.2d 193 (2005). Here, Defendants filed a Motion to Dismiss pursuant to Rules 12(b)(1) (lack of jurisdiction over the subject matter); (6) failure to state a claim upon which relief can be granted and (7) failure to join a necessary party, or, in the alternative, a Motion to Abate. Defendants' Motion to Dismiss constituted a general appearance by Chubb on January 9, 2025.

8. Defendant PV Holding Corporation is a Delaware Corporation with its principal place of business in New Jersey.

9. Defendant Chubb Insurance Company is a Pennsylvania Corporation with its principal place of business in Pennsylvania.

10. Defendant Sedgwick Claims Management Services, Inc., is an Illinois Corporation with its principal place of business in Tennessee.

11. Plaintiff is a citizen and resident of Mecklenburg County, North Carolina. Exhibit A at ¶ 1.

12. There is complete diversity between Plaintiff and Defendants.

13. According to the Complaint, Plaintiff has filed a Declaratory Judgment Action against Defendants seeking recovery of a monetary award from a prior Default Judgment action Defendants were not a party to.

14. The relief sought by Plaintiff is for an amount in excess of $75,000. Exhibit A at ¶ 17.

15. Mecklenburg County, where suit was originally field, is in the district and division of the United States District Court for the Western District of North Carolina, and thus, this Court is the appropriate removal Court pursuant to 28 U.S.C. § 1441(a).

16. Defendants Avis Budget Group Inc., PV Holding Corporation, and Sedgwick Claims Management Services, Inc., consent to the removal of this matter, thereby satisfying the requirement of 28 U.S.C. § 1446(b)(2)(C).

17. Chubb is filing a copy of this Notice of Removal, along with a Notice to State Court of Removal of Civil Action, with the Clerk of the General Court of Justice, Superior

Court Division of Mecklenburg County, North Carolina, as required by 28 U.S.C. § 1446(d). Copies of the Notice of Removal and Notice to State Court of Removal of Civil Action are also being served upon Plaintiff's counsel as required by 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal of Civil Action is attached hereto as Exhibit D.

WHEREFORE, Defendant Chubb Insurance Company, removes this action from the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b).

This the 6th day of February, 2025.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By:   /s/ J. Matthew Little
      J. Matthew Little – N.C. State Bar No. 20032
      Emma Wingfield – N.C. State Bar No. 49624
      P.O. Box 19207
      Raleigh, North Carolina 27619
      Telephone: (919) 873-0166
      Facsimile: (919) 873-1814
      mlittle@teaguecampbell.com
      ewingfield@teaguecampbell.com
      *Attorney for Defendants.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was electronically filed with the Court via CM/ECF system, via United States Mail, and via email as follows:

James Trotter
**CR LEGAL TEAM, LLP**
1051 East Morehead Street
Suite 100
Charlotte, NC 28204
jmtrotter@crlegalteam.com
*Attorneys for Plaintiff*

This the 6th day of February, 2025.

                      **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                      By:    /s/ J. Matthew Little
                              J. Matthew Little – N.C. State Bar No. 20032
                              Emma Wingfield – N.C. State Bar No. 49624